(December 29, 1970)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES COLLINS, JR., Appellant.—

* Fictitious name.

Herlihy, P. J., Reynolds, Staley, Jr., Cooke and Sweeney, JJ., concur.